1  Stuart C. Plunkett (State Bar No. 187971)
   Ariel D. House (State Bar No. 280477)
2  BAKER BOTTS LLP
   101 California Street, Suite 3070
3  San Francisco, California 94111
   Telephone: (415) 291-6200
4  Facsimile: (415) 291-6300
5
   Paul R. Morico (*pro hac vice* pending)
6  BAKER BOTTS LLP
   One Shell Plaza
7  901 Louisiana Street
   Houston, Texas 77002
8  Telephone: (713) 229-1234
   Facsimile: (713) 229-1522
9
10 *Attorneys for Plaintiff*
   *The Regents of the University*
11 *of California.*

12              **UNITED STATES DISTRICT COURT**

13              **NORTHERN DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation, | Case No. 3:16-cv-06925 |
| Plaintiff, | **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS FOR PLAINTIFF THE REGENTS OF THE UNIVERSITY OF CALIFORNIA** |
| v. | |
| ROGER JINTEH ARRIGO CHEN, an individual; GENIA TECHNOLOGIES, INC., a Delaware corporation; and DOES 1-25, | |
| Defendants | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Oxford Nanopore Technologies Limited (formerly Oxford Nanolabs Ltd.), a corporation existing under the laws of the United Kingdom, has a financial interest in the subject matter in controversy as the exclusive licensee of certain patent applications and patents involved in this dispute; and

Mark A. Akeson, David W. Deamer, William B. Dunbar, and Noah A. Wilson have a financial interest in the subject matter in controversy as potential recipients of royalties.

DATE:  December 29, 2016                BAKER BOTTS LLP


                                        By: /s/ *Stuart C. Plunkett*
                                            Stuart C. Plunkett
                                            Paul R. Morico
                                            Ariel D. House
                                            Attorneys for Plaintiff