| | |
|---|---|
| Stuart C. Plunkett (SBN: 187971)<br>Ariel D. House (SBN: 280477)<br>BAKER BOTTS LLP<br>101 California Street, Suite 3070<br>San Francisco, California 94111<br>Telephone: (415) 291-6200<br>Facsimile: (415) 291-6300<br><br>Paul R. Morico (*pro hac vice*)<br>Elizabeth Durham Flannery (*pro hac vice*)<br>Thomas Patrick Rooney (*pro hac vice*)<br>BAKER BOTTS LLP<br>One Shell Plaza<br>901 Louisiana Street<br>Houston, Texas 77002<br>Telephone: (713) 229-1234<br>Facsimile: (713) 229-1522<br><br>*Counsel for Plaintiff* | Robert J. Gunther, Jr. (N.Y. SBN: 1967652)<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 937-7518<br>Facsimile: (212) 230-8888<br><br>*Counsel for Defendants* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>ROGER JINTEH ARRIGO CHEN, an individual; GENIA TECHNOLOGIES, INC., a Delaware corporation; and DOES 1-25,<br><br>            Defendants. | Case No. 3:16-cv-07396<br><br>**STIPULATION AND ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Hon. William H. Orrick<br>Date:   April 4, 2017<br>Time:   2:00 P.M.<br>Location: Courtroom 2, 17th Floor |

IT IS HEREBY STIPULATED by and between Plaintiff The Regents of the University of California and Defendants Roger Chen and Genia Technologies, Inc., by and through their counsel of record as follows:

Case No. 3:16-cv-07396                                                                STIPULATION TO RESCHEDULE CMC

ActiveUS 160941959v.1

WHEREAS the initial Case Management Conference in the above-captioned case is scheduled for April 4, 2017 at 2:00 pm,

WHEREAS lead counsel for Defendants has a previously-scheduled hearing on that same date in another matter;

WHEREAS the parties have conferred regarding rescheduling the Case Management Conference;

NOW, THEREFORE, the parties, by and through the undersigned counsel, hereby request that the Court reschedule the Case Management Conference for April 11, 2017 at 2:00 p.m.

**SO STIPULATED.**

Dated: February 13, 2017.

| **BAKER BOTTS LLP** | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
|---|---|
| /s/ Stuart C. Plunkett | /s/ Robert J. Gunther, Jr. |
| Stuart C. Plunkett (State Bar No. 187971) | Robert J. Gunther, Jr. |
| Ariel D. House (State Bar No. 280477) | WILMER CUTLER PICKERING HALE AND DORR LLP |
| BAKER BOTTS LLP | 7 World Trade Center |
| 101 California Street, Suite 3070 | 250 Greenwich Street |
| San Francisco, California 94111 | New York, NY 10007 |
| Telephone: (415) 291-6200 | Telephone: (212) 937-7518 |
| Facsimile: (415) 291-6300 | Facsimile: (212) 230-8888 |
| Paul R. Morico (*pro hac vice*) | |
| Elizabeth Durham Flannery (*pro hac vice*) | *Counsel for Defendants* |
| Thomas P. Rooney (*pro hac vice*) | |
| BAKER BOTTS LLP | |
| One Shell Plaza | |
| 901 Louisiana Street | |
| Houston, Texas 77002 | |
| Telephone: (713) 229-1234 | |
| Facsimile: (713) 229-1522 | |
| *Counsel for Plaintiff* | |

<u>ATTORNEY ATTESTATION</u>

I, Robert J. Gunther, Jr., am the ECF User whose ID and password are being used to file this Stipulation. In compliance with N.D. Cal. Civil. L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of the document has been obtained from each of the other signatories.

February 13, 2017                                    By: __/s/_Robert J. Gunther, Jr._____
                                                                           Robert J. Gunther, Jr.

---

Case No. 3:16-cv-07396                                  3              STIPULATION TO RESCHEDULE CMC

ACTIVEUS 160941959v.1

**ORDER**

IT IS ORDERED that the foregoing Stipulation is approved. The Case Management Conference is reset for April 11, 2017 at 2:00 p.m. in Courtroom 2, 17th Floor, San Francisco.

DATED: February 14, 2017



HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE