1  Robert J. Gunther, Jr. (NY SBN: 1967652)
   robert.gunther@wilmerhale.com
2  WILMER CUTLER PICKERING
   HALE AND DORR LLP
3  7 World Trade Center
   250 Greenwich Street
4  New York, NY 10007
5  Telephone: (212) 937-7518
   Facsimile: (212) 230-8888
6
7  *Counsel for Defendants Roger Jinteh Arrigo Chen and Genia Technologies, Inc.*
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROGER JINTEH ARRIGO CHEN, an individual; GENIA TECHNOLOGIES, INC., a Delaware corporation; and DOES 1-25,<br><br>Defendants. | Case No. 3:16-cv-07396-WHO<br><br>**DECLARATION OF ROBERT J. GUNTHER, JR., IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT**<br><br>Presiding: Hon. William H. Orrick<br><br>Date: April 26, 2017<br><br>Time: 2:00 PM<br><br>Courtroom: Courtroom 2, 17th Floor |

**DECLARATION**

I, Robert J. Gunther, Jr., declare as follows:

1. I am an attorney licensed to practice in the State of New York and a partner in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, representing Defendants Roger Jinteh Arrigo Chen and Genia Technologies, Inc. (collectively, "Defendants"), in the above-captioned matter. I am admitted to this Court under Civil L.R. 11-1(b) as an attorney admitted before September 1, 1995, based on membership in the bar of a jurisdiction other than California (i.e., New York) and continuing active membership in the bar of that jurisdiction.

2. I submit this Declaration in support of Defendants' Motion to Dismiss Plaintiff's Complaint.

3. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 8,324,914.

4. Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 8,461,854.

5. Attached hereto as Exhibit C is a true and correct copy of U.S. Patent No. 9,041,420.

6. Attached hereto as Exhibit D is a true and correct copy of U.S. Patent No. 9,377,437.

7. Attached hereto as Exhibit E is a true and correct copy of U.S. Patent Application No. 15/079,322.

8. Attached hereto as Exhibit F is a true and correct copy of Bibliographic Data for Application Number 60/921,787, retrieved from the Patent Application Information Retrieval portal (http://portal.uspto.gov/pair/PublicPair) on February 22, 2017.

9. Attached hereto as Exhibit G is a true and correct copy of Bibliographic Data for Application Number 60/931,115, retrieved from the Patent Application Information Retrieval portal (http://portal.uspto.gov/pair/PublicPair) on February 22, 2017.

10. Attached hereto as Exhibit H is a true correct copy of Bibliographic Data for Application Number 60/967,539, retrieved from the Patent Application Information Retrieval portal (http://portal.uspto.gov/pair/PublicPair) on February 22, 2017.

11. Attached hereto as Exhibit I is a true and correct copy of Bibliographic Data for Application Number 12/080,684, retrieved from the Patent Application Information Retrieval portal (http://portal.uspto.gov/pair/PublicPair) on February 22, 2017.

I declare under the pains and penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: February 27, 2017.

**WILMER CUTLER PICKERING HALE AND DORR LLP**

 */s/* Robert J. Gunther, Jr.
Robert J. Gunther, Jr. (NY SBN: 1967652)
robert.gunther@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7518
Facsimile: (212) 230-8888

*Counsel for Defendants Roger Jinteh Arrigo Chen and Genia Technologies, Inc*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 27, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.5. Any other counsel of record will be served by electronic mail, facsimile, and/or overnight delivery.

                                        */s/ Robert J. Gunther, Jr.*