Stuart C. Plunkett (SBN: 187971)
stuart.plunkett@bakerbotts.com
Ariel D. House (SBN: 280477)
ariel.house@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

Paul R. Morico (*pro hac vice*)
paul.morico@bakerbotts.com
BAKER BOTTS LLP
One Shell Plaza
901 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

*Counsel for Plaintiff*

Robert J. Gunther, Jr. (N.Y. SBN: 1967652)
robert.gunther@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7518
Facsimile: (212) 230-8888

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>ROGER JINTEH ARRIGO CHEN, an individual; GENIA TECHNOLOGIES, INC., a Delaware corporation; and DOES 1-25,<br><br>      Defendants. | Case No. 3:16-cv-07396<br><br>**RENEWED STIPULATED REQUEST FOR ORDER CHANGING TIME ON BRIEFING SCHEDULE FOR MOTION TO DISMISS [L.R. 6-2]**<br><br>Judge Edward M. Chen |

1   Pursuant to Civil Local Rule 6-2, Plaintiff the Regents of the University of California
2   ("Plaintiff") and Defendants Roger Jinteh Arrigo Chen and Genia Technologies, Inc.
3   (collectively, "Defendants") (collectively, Plaintiff and Defendants shall be referred to herein as
4   the "Parties") hereby file this Renewed Stipulated Request for Order Changing Time on Briefing
5   Schedule for Motion to Dismiss, as follows:
6   WHEREAS, Plaintiff filed the Complaint in this action on December 29, 2016;
7   WHEREAS, pursuant to the deadline set forth in a stipulation regarding service and
8   response date filed with the Court on January 10, 2017, Defendants filed a motion to dismiss on
9   February 27, 2017;
10  WHEREAS, Defendants noticed the motion to dismiss for hearing before Judge William
11  H. Orrick on April 26, 2017;
12  WHEREAS, Judge Orrick subsequently recused himself from the case, and the case was
13  reassigned to this Court;
14  WHEREAS, Defendants have re-noticed the motion to dismiss for hearing on April 27,
15  2017;
16  WHEREAS, the parties - in exchange for agreeing on service issues and an extended time
17  for Defendants to respond to the Complaint - agreed to a briefing schedule on any motion to
18  dismiss that would give Plaintiff additional time to file an opposition;
19  WHEREAS, the parties met and conferred and agreed to a briefing schedule in which
20  briefing will be complete at least two weeks prior to the noticed hearing date;
21  WHEREAS, the parties filed a stipulation regarding briefing schedule before the case
22  was reassigned to this Court, and now wish to submit this renewed stipulation;
23  ///
24  ///
25  ///
26  ///
27  ///
28

RENEWED STIPULATED REQUEST FOR
ORDER CHANGING TIME ON BRIEFING                -1-                Case No. 3:16-cv-07396
SCHEDULE FOR MOTION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff shall file its opposition to the motion to dismiss no later than March 24, 2017, and Defendants shall file their reply brief no later than April 12, 2017.

| **BAKER BOTTS LLP** | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
|---|---|
| /s/    *Stuart C. Plunkett* | /s/    *Robert J. Gunther* |
| Stuart C. Plunkett (State Bar No. 187971) | Robert J. Gunther, Jr. |
| stuart.plunkett@bakerbotts.com | robert.gunther@wilmerhale.com |
| Ariel D. House (SBN: 280477) | WILMER CUTLER PICKERING HALE AND DORR |
| ariel.house@bakerbotts.com | 7 World Trade Center |
| BAKER BOTTS LLP | 250 Greenwich Street |
| 101 California Street, Suite 3070 | New York, NY 10007 |
| San Francisco, California 94111 | Telephone: (212) 937-7518 |
| Telephone: (415) 291-6200 | Facsimile: (212) 230-8888 |
| Facsimile: (415) 291-6300 | |
| | *Counsel for Defendants* |
| Paul R. Morico (*pro hac vice*) | |
| paul.morico@bakerbotts.com | |
| BAKER BOTTS LLP | |
| One Shell Plaza | |
| 901 Louisiana Street | |
| Houston, Texas 77002 | |
| Telephone: (713) 229-1234 | |
| Facsimile: (713) 229-1522 | |

*Counsel for Plaintiff*

**PURSUANT TO STIPULATION, IT IS SO ORDERED,** Motion hearing reset for 4/27/17 at 1:30 p.m.

Dated: 3/7/2017                                    _____
                                                              HONORABLE EDWARD M. CHEN
                                                              United States District Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

## ATTORNEY ATTESTATION

I, Stuart C. Plunkett, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with N.D. Cal. Civil. L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of the document has been obtained from each of the other signatories.

March 6, 2017                    By:     */s/ Stuart C. Plunkett*
                                               Stuart C. Plunkett

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2017, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

March 6, 2017                    By:     */s/ Stuart C. Plunkett*
                                               Stuart C. Plunkett