[*Counsel Provided on Signature Pages*]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROGER JINTEH ARRIGO CHEN, an individual; GENIA TECHNOLOGIES, INC., a Delaware corporation; and DOES 1-25,<br><br>Defendants. | Case No. 3:16-cv-07396-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER (1) RESCHEDULING CASE MANAGEMENT CONFERENCE; AND (2) SETTING DEADLINES TO FILE MOTION TO DISMISS, BRIEFING SCHEDULE, AND TO HOLD RULE 26(F) CONFERENCE**<br><br>Judge: Hon. Edward M. Chen<br>Date: April 27, 2017<br>Time: 1:30 P.M.<br>Location: Courtroom 5, 17th Floor |

Pursuant to Civil Local Rule 6-2(a), Plaintiff The Regents of the University of California ("Plaintiff") and Defendants Roger Chen and Genia Technologies, Inc. (collectively, "Defendants") (collectively, Plaintiff and Defendants shall be referred to herein as the "Parties"), by and through their counsel of record, hereby stipulate and request as follows:

| | |
|---|---|
| Case No. 3:16-cv-07396-EMC | STIPULATION AND [PROPOSED] ORDER (1) RESCHEDULING CASE MANAGEMENT CONFERENCE; AND (2) SETTING DEADLINES TO FILE MOTION TO DISMISS, BRIEFING SCHEDULE, AND TO HOLD RULE 26(F) CONFERENCE |

WHEREAS, Plaintiff filed its original complaint in this action on December 29, 2016;

WHEREAS, pursuant to the deadline set forth in a stipulation regarding service and response date filed with the Court on January 10, 2017, Defendants filed a motion to dismiss on February 27, 2017;

WHEREAS, the motion to dismiss was noticed for hearing on April 27, 2017, with the Case Management Conference set for that same day;

WHEREAS, Plaintiff filed an amended complaint on March 20, 2017;

WHEREAS, Defendants plan to file a new motion to dismiss the amended complaint;

WHEREAS, the Parties met and conferred, and agree that both Parties would benefit from the efficiency of holding the Case Management Conference on the same day as a hearing on Defendants' motion to dismiss, provided that discovery proceeds during the pendency of the motion to dismiss;

WHEREAS, the Parties further met and conferred, and agreed that both Parties would benefit from an extension of time beyond that contemplated by the Federal Rules of Civil Procedure and Local Rules to brief the motion to dismiss, as such time will allow for adequate presentation of the legal issues;

IT IS THEREFORE STIPULATED AND AGREED:

(1) Defendants shall file a motion to dismiss the amended complaint by April 17, 2017; Plaintiff shall file its opposition by May 8, 2017, and Defendants shall file their reply by May 22, 2017.

| Case No. 3:16-cv-07396-EMC | 2 | STIPULATION AND [PROPOSED] ORDER (1) RESCHEDULING CASE MANAGEMENT CONFERENCE; AND (2) SETTING DEADLINES TO FILE MOTION TO DISMISS, BRIEFING SCHEDULE, AND TO HOLD RULE 26(F) CONFERENCE |

(2) The parties shall conduct their Rule 26(f) conference by April 14, 2017, so that discovery may commence during the pendency of the motion to dismiss;

(3) The parties respectfully request that the Court reschedule the Case Management Conference for June 8, 2017 at 1:30 P.M. or another date on which the Court is available so that the Case Management Conference and hearing on the motion to dismiss may be held on the same day.

**SO STIPULATED.**

Dated: March 28, 2017.

| **BAKER BOTTS LLP** | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
|---|---|
| /s/ Stuart C. Plunkett | /s/ Robert J. Gunther, Jr. |
| Stuart C. Plunkett (State Bar No. 187971) | Robert J. Gunther, Jr. (NY SBN: 1967652) |
| stuart.plunkett@bakerbotts.com | robert.gunther@wilmerhale.com |
| Ariel D. House (State Bar No. 280477) | Omar Khan (*pro hac vice*) |
| ariel.house@bakerbotts.com | omar.khan@wilmerhale.com |
| BAKER BOTTS LLP | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 101 California Street, Suite 3070 | 7 World Trade Center |
| San Francisco, California 94111 | 250 Greenwich Street |
| Telephone: (415) 291-6200 | New York, NY 10007 |
| Facsimile: (415) 291-6300 | Telephone: (212) 230-8800 |
| | Facsimile: (212) 230-8888 |
| Paul R. Morico (*pro hac vice*) | |
| paul.morico@bakerbotts.com | |
| Elizabeth Durham Flannery (*pro hac vice*) | Robert M. Galvin (State Bar No. 171508) |
| liz.durham@bakerbotts.com | robert.galvin@wilmerhale.com |
| Thomas P. Rooney (*pro hac vice*) | WILMER CUTLER PICKERING HALE AND DORR LLP |
| thomas.rooney@bakerbotts.com | |
| BAKER BOTTS LLP | 950 Page Mill Road |
| One Shell Plaza | Palo Alto, CA 94304 |
| 901 Louisiana Street | Telephone: 650-858-6000 |

| Case No. 3:16-cv-07396-EMC | 3 | STIPULATION AND [PROPOSED] ORDER (1) RESCHEDULING CASE MANAGEMENT CONFERENCE; AND (2) SETTING DEADLINES TO FILE MOTION TO DISMISS, BRIEFING SCHEDULE, AND TO HOLD RULE 26(F) CONFERENCE |

| | |
|---|---|
| Houston, Texas 77002<br>Telephone: (713) 229-1234<br>Facsimile: (713) 229-1522<br><br>*Counsel for Plaintiff The Regents of the University of California* | Facsimile: 650-858-6100<br><br>Sarah B. Petty (*pro hac vice*)<br>sarah.petty@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: 617-526-6000<br>Facsimile: 617-526-5000<br><br>Nora Q.E. Passamaneck (*pro hac vice*)<br>nora.passamaneck@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1225 17th Street, Suite 2600<br>Denver, CO 80202<br>Telephone: 720-274-3135<br>Facsimile:  720-274-3133<br><br>*Counsel for Defendants Roger Jinteh Arrigo Chen and Genia Technologies, Inc.* |

| Case No. 3:16-cv-07396-EMC | 4 | STIPULATION AND [PROPOSED] ORDER (1) RESCHEDULING CASE MANAGEMENT CONFERENCE; AND (2) SETTING DEADLINES TO FILE MOTION TO DISMISS, BRIEFING SCHEDULE, AND TO HOLD RULE 26(F) CONFERENCE |

## ATTORNEY ATTESTATION

I, Robert J. Gunther, Jr., am the ECF User whose ID and password are being used to file this Stipulation. In compliance with N.D. Cal. Civil. L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of the document has been obtained from each of the other signatories.

March 28, 2017                          By:   /s/ Robert J. Gunther, Jr. _____
                                              Robert J. Gunther, Jr.

## CERTIFICATE OF SERVICE

I, Robert J. Gunther, Jr., hereby certify that on March 28, 2017, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

March 28, 2017                          By:   /s/ Robert J. Gunther, Jr.
                                              Robert J. Gunther, Jr.

# [~~PROPOSED~~] ORDER

IT IS ORDERED that the foregoing Stipulation is approved. The Case Management Conference is reset for June 8, 2017 at 1:30 P.M. in Courtroom 5, 17th Floor, San Francisco. Defendants shall file a motion to dismiss by April 17, 2017, Plaintiff shall file its opposition by May 8, 2017, and Defendants shall file their reply by May 22, 2017. A hearing on the motion to dismiss will be set for the same day as the Case Management Conference. The parties shall further conduct their Rule 26(f) conference by April 14, 2017.

DATED \_\_\_\_3/30/17_____          _____
                                        HON. _____
                                        UNITED STATES _____ JUDGE



*IT IS SO ORDERED — Judge Edward M. Chen — United States District Court, Northern District of California*