[*Counsel Provided on Signature Pages*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROGER JINTEH ARRIGO CHEN, an individual; GENIA TECHNOLOGIES, INC., a Delaware corporation; and DOES 1-25,<br><br>Defendants. | Case No. 3:16-cv-07396-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>Presiding: Hon. Edward M. Chen<br>Date: June 8, 2017<br>Time: 1:30 PM<br>Location: Courtroom 5, 17th Floor<br>Case Reassigned: March 1, 2017 |

| | |
|---|---|
| 1 | Counsel report that they have met and conferred regarding ADR and have reached the |
| 2 | following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5: |
| 3 | The parties agree to participate in the following ADR process: |
| 4 | ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5) |
| 5 | ☐ Mediation (ADR L.R. 6) |
| 6 | (*Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an* |
| 7 | *early settlement conference with a Magistrate Judge, you must file a Notice of Need for* |
| 8 | *ADR Phone Conference. Do not use this form. See Civil L.R. 16-8 and ADR L.R. 3-5*) |
| 9 | **X** Private ADR (please identify process and provider): <u>to be determined.</u> |
| 10 | The parties agree to hold the ADR session by: |
| 11 | ☐ the presumptive deadline (The deadline is 90 days from the date of the |
| 12 | order referring the case to an ADR process unless otherwise ordered.) |
| 13 | **X** other requested deadline: <u>at an appropriate time to be agreed upon by the</u> |
| 14 | <u>parties after a ruling on the dispositive motions due to be fully briefed on May</u> |
| 15 | <u>22, 2017.</u> |
| 16 | IT IS SO STIPULATED. |

Dated: April 14, 2017.

| **BAKER BOTTS LLP** | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
|---|---|
| /s/ Stuart C. Plunkett | /s/ Robert J. Gunther, Jr. |

| Stuart C. Plunkett (State Bar No. 187971) | Robert J. Gunther, Jr. (NY SBN: 1967652) |
|---|---|
| stuart.plunkett@bakerbotts.com | robert.gunther@wilmerhale.com |
| Ariel D. House (State Bar No. 280477) | Omar Khan (*pro hac vice*) |
| ariel.house@bakerbotts.com | omar.khan@wilmerhale.com |
| BAKER BOTTS LLP | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 101 California Street, Suite 3070 | 7 World Trade Center |
| San Francisco, California 94111 | 250 Greenwich Street |
| Telephone: (415) 291-6200 | New York, NY 10007 |
| Facsimile: (415) 291-6300 | Telephone: (212) 230-8800 |
|  | Facsimile: (212) 230-8888 |
| Paul R. Morico (*pro hac vice*) |  |
| paul.morico@bakerbotts.com |  |
| Elizabeth Durham Flannery (*pro hac vice*) | Robert M. Galvin (State Bar No. 171508) |
| liz.durham@bakerbotts.com | robert.galvin@wilmerhale.com |
| Thomas P. Rooney (*pro hac vice*) | WILMER CUTLER PICKERING HALE AND DORR LLP |
| thomas.rooney@bakerbotts.com |  |
| BAKER BOTTS LLP | 950 Page Mill Road |
| One Shell Plaza | Palo Alto, CA 94304 |
| 901 Louisiana Street | Telephone: 650-858-6000 |
| Houston, Texas 77002 | Facsimile: 650-858-6100 |
| Telephone: (713) 229-1234 |  |
| Facsimile: (713) 229-1522 | Sarah B. Petty (*pro hac vice*) |
|  | sarah.petty@wilmerhale.com |
| *Counsel for Plaintiff The Regents of the University of California* | WILMER CUTLER PICKERING HALE AND DORR LLP |
|  | 60 State Street |
|  | Boston, MA 02109 |
|  | Telephone: 617-526-6000 |
|  | Facsimile: 617-526-5000 |
|  |  |
|  | Nora Q.E. Passamaneck (*pro hac vice*) |
|  | nora.passamaneck@wilmerhale.com |
|  | WILMER CUTLER PICKERING HALE AND DORR LLP |
|  | 1225 17th Street, Suite 2600 |
|  | Denver, CO 80202 |

Telephone: 720-274-3135
Facsimile: 720-274-3133

*Counsel for Defendants Roger Jinteh Arrigo Chen and Genia Technologies, Inc.*

## ATTORNEY ATTESTATION

I, Robert J. Gunther, Jr., am the ECF User whose ID and password are being used to file this Stipulation. In compliance with N.D. Cal. Civil. L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of the document has been obtained from each of the other signatories.

April 14, 2017         By:   /s/ Robert J. Gunther, Jr. _____
                                   Robert J. Gunther, Jr.

## CERTIFICATE OF SERVICE

I, Robert J. Gunther, Jr., hereby certify that on April 14, 2017, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

April 14, 2017         By:   /s/ Robert J. Gunther, Jr. _____
                                   Robert J. Gunther, Jr.

# [PROPOSED] ORDER

PURSUANT TO STIPULATION above, the captioned matter is hereby referred to:

Non-binding Arbitration

☐ Early Neutral Evaluation (ENE)

☐ Mediation

**X** Private ADR

Deadline for ADR session

☐ 90 days from the date of this order.

**X** other: at an appropriate time to be determined after a ruling on the dispositive motions due to be fully briefed on May 22, 2017.

**IT IS SO ORDERED.**

DATED_____4/18/17_____   _____

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT JUDGE