[*Counsel Provided on Signature Pages*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROGER JINTEH ARRIGO CHEN, an individual; GENIA TECHNOLOGIES, INC., a Delaware corporation; and DOES 1-25,<br><br>Defendants. | Case No. 3:16-cv-07396-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE ANSWERS TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Pursuant to Civil Local Rule 6-2(a), Plaintiff The Regents of the University of California ("Plaintiff") and Defendants Roger Chen and Genia Technologies, Inc. (collectively, "Defendants") (collectively together, the "Parties") hereby stipulate and request as follows:

WHEREAS the Parties have been engaged in settlement discussions since the Court's hearing on June 8, 2017;

WHEREAS, in light of those settlement discussions, the Parties agreed to extend the deadline for Defendants' Answers to Plaintiffs' First Amended Complaint from August 9, 2017, to August 30, 2017;

---

| | |
|---|---|
| Case No. 3:16-cv-07396 | JOINT STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE ANSWERS TO PLAINTIFF'S FIRST AMENDED COMPLAINT |

ActiveUS 164623769v.1

WHEREAS, on August 10, 2017, the Court entered an Order granting this extension;

WHEREAS the Parties are still engaged in settlement discussions and believe that a further extension will benefit those discussions; and

WHEREAS this extension is not made for purposes of delay, but so that justice may be done;

IT IS HEREBY STIPULATED AND AGREED that the Parties respectfully request that the time for Defendants to file answers to Plaintiff's First Amended Complaint be extended to and including September 15, 2017.

**SO STIPULATED.**

Dated: August 25, 2017.

| **BAKER BOTTS LLP** | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
|---|---|
| /s/ Stuart C. Plunkett | /s/ Robert J. Gunther, Jr. |
| Stuart C. Plunkett (State Bar No. 187971) | Robert J. Gunther, Jr. (NY SBN: 1967652) |
| stuart.plunkett@bakerbotts.com | robert.gunther@wilmerhale.com |
| Ariel D. House (State Bar No. 280477) | Omar Khan (*pro hac vice*) |
| ariel.house@bakerbotts.com | omar.khan@wilmerhale.com |
| BAKER BOTTS LLP | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 101 California Street, Suite 3070 | 7 World Trade Center |
| San Francisco, California 94111 | 250 Greenwich Street |
| Telephone: (415) 291-6200 | New York, NY 10007 |
| Facsimile: (415) 291-6300 | Telephone: (212) 230-8800 |
| | Facsimile: (212) 230-8888 |
| Paul R. Morico (*pro hac vice*) | |
| paul.morico@bakerbotts.com | |
| Elizabeth Durham Flannery (*pro hac vice*) | Robert M. Galvin (State Bar No. 171508) |
| liz.durham@bakerbotts.com | robert.galvin@wilmerhale.com |
| Thomas P. Rooney (*pro hac vice*) | WILMER CUTLER PICKERING HALE AND DORR LLP |
| thomas.rooney@bakerbotts.com | 950 Page Mill Road |
| BAKER BOTTS LLP | Palo Alto, CA 94304 |
| One Shell Plaza | Telephone: 650-858-6000 |
| 901 Louisiana Street | Facsimile: 650-858-6100 |
| Houston, Texas 77002 | |

| Case No. 3:16-cv-07396 | 2 | JOINT STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE ANSWERS TO PLAINTIFF'S FIRST AMENDED COMPLAINT |

| | |
|---|---|
| Telephone: (713) 229-1234<br>Facsimile: (713) 229-1522<br><br>*Counsel for Plaintiff The Regents of the University of California* | Sarah B. Petty (*pro hac vice*)<br>sarah.petty@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: 617-526-6000<br>Facsimile: 617-526-5000<br><br>Nora Q.E. Passamaneck (*pro hac vice*)<br>nora.passamaneck@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1225 17th Street, Suite 2600<br>Denver, CO 80202<br>Telephone: 720-274-3135<br>Facsimile: 720-274-3133<br><br>*Counsel for Defendants Roger Jinteh Arrigo Chen and Genia Technologies, Inc.* |

Case No. 3:16-cv-07396     3     JOINT STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE ANSWERS TO PLAINTIFF'S FIRST AMENDED COMPLAINT

## ATTORNEY ATTESTATION

I, Robert J. Gunther, Jr., am the ECF User whose ID and password are being used to file this Stipulation. In compliance with N.D. Cal. Civil. L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of the document has been obtained from each of the other signatories.

August 25, 2017　　　　　　　　　　　By: ___/s/_ Robert J. Gunther, Jr.___
　　　　　　　　　　　　　　　　　　　　　　　Robert J. Gunther, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2017, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

August 25, 2017　　　　　　　　　　　By: ___/s/_ Robert J. Gunther, Jr.___
　　　　　　　　　　　　　　　　　　　　　　　Robert J. Gunther, Jr.

Case No. 3:16-cv-07396　　　　4　　　JOINT STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE ANSWERS TO PLAINTIFF'S FIRST AMENDED COMPLAINT

ActiveUS 164623769v.1

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED that the time for Defendants to file answers to Plaintiff's First Amended Complaint is extended to and including September 15, 2017.

DATED 8/25/17



Case No. 3:16-cv-07396 — 5 — JOINT STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO FILE ANSWERS TO PLAINTIFF'S FIRST AMENDED COMPLAINT

ACTIVEUS 164623769v.1