Stuart C. Plunkett (State Bar No. 187971)
stuart.plunkett@bakerbotts.com
Ariel D. House (State Bar No. 280477)
ariel.house@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3070
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

Paul R. Morico (*pro hac vice*)
paul.morico@bakerbotts.com
Elizabeth D. Flannery (*pro hac vice*)
liz.flannery@bakerbotts.com
BAKER BOTTS LLP
One Shell Plaza
901 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

*Counsel for Plaintiff*
*The Regents of the University of California*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROGER JINTEH ARRIGO CHEN, an individual; GENIA TECHNOLOGIES, INC., a Delaware corporation; and DOES 1-25,<br><br>Defendants. | Case No. 3:16-cv-07396-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY DEADLINES UNDER CASE MANAGEMENT ORDER**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Regents of the University of California's ("Plaintiff") and Defendants Roger Jinteh Arrigo Chen ("Chen") and Genia Technologies, Inc. ("Genia," and, together with Chen, "Defendants") (collectively, Plaintiff and Defendants are referred to as the "Parties"), have met-and-conferred and jointly stipulate and agree to move this Honorable Court to modify certain of the deadlines in the Court's Case Management and Pretrial Order for Jury Trial in this case (Dkt. 75). The modifications to the deadlines in the Court's order are identified below, and the Proposed Order granting these modifications is attached hereto. The Trial Date (January 14, 2019) and Final Pretrial Conference date (December 18, 2018) remain unchanged, although the Parties recognize that the requested modification of the Dispositive Motions hearing date may cause the Court to adjust those dates.

| Case Event | Current Deadline | Revised Deadline |
|---|---|---|
| Trial Date | January 14, 2019 | (unchanged) |
| Final Pretrial Conference | December 18, 2018 | (unchanged) |
| Dispositive Motions (last day to be heard) | October 4, 2018 | November 8, 2018 (or alternative date in November 2018 convenient for the Court) |
| Non-Expert Discovery Cutoff | May 31, 2018 | July 13, 2018 |
| Opening Expert Reports | July 12, 2018 | August 13, 2018 |
| Rebuttal Expert Reports | August 2, 2018 | August 31, 2018 |
| Expert Discovery Cutoff | August 23, 2018 | September 24, 2018 |
| ADR | June 15, 2018 | (unchanged) |
| Further Status Conference | April 24, 2018 | May 24, 2018 (or alternate date in late May 2018 convenient for the Court) |

During the last several months, the Parties have completed a substantial portion of the document and written discovery in this case. However, the Parties believe that further settlement discussions will be beneficial before the Parties expend significant resources on depositions and expert discovery. The Parties have had several productive settlement discussions and have

| | |
|---|---|
| 1 | agreed to employ a mediator at this stage to further assist in exploring a settlement. The Parties |
| 2 | have also agreed to suspend further discovery activity and deadlines until May 11, 2018 |
| 3 | (including any deadlines for briefing relating to any motions pending before the Court) to allow |
| 4 | time to complete that mediation. Thus, the Parties believe that they would benefit from having |
| 5 | additional time to continue exploring settlement. Accordingly, this stipulated modification is not |
| 6 | made for purposes of delay, but so that the Parties can further explore a potential resolution of |
| 7 | this dispute. The Parties respectfully request that the Court sign the Proposed Order attached |
| 8 | hereto. |
| 9 | **SO STIPULATED.** |

Dated: April 2, 2018

| **BAKER BOTTS LLP** | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
|---|---|
| **By:** /s/ *Stuart C. Plunkett* <br> Stuart C. Plunkett (SBN 187971) <br> stuart.plunkett@bakerbotts.com <br> Ariel D. House (State Bar No. 280477) <br> ariel.house@bakerbotts.com <br> 101 California Street, Suite 3070 <br> San Francisco, California 94111 <br> Telephone: (415) 291-6200 <br> Facsimile: (415) 291-6300 <br><br> Paul R. Morico (*pro hac vice*) <br> paul.morico@bakerbotts.com <br> Elizabeth D. Flannery (*pro hac vice*) <br> liz.flannery@bakerbotts.com <br> One Shell Plaza <br> 901 Louisiana Street <br> Houston, Texas 77002 <br> Telephone: (713) 229-1234 <br> Facsimile: (713) 229-1522 <br><br> *Counsel for Plaintiff* <br> *The Regents of the University of California* | /s/ Robert J. Gunther, Jr. <br> Robert J. Gunther, Jr. (NY SBN: 1967652) <br> robert.gunther@wilmerhale.com <br> Omar Khan (*pro hac vice*) <br> omar.khan@wilmerhale.com <br> 7 World Trade Center <br> 250 Greenwich Street <br> New York, NY 10007 <br> Telephone: (212) 230-8800 <br> Facsimile: (212) 230-8888 <br><br> Robert M. Galvin (State Bar No. 171508) <br> robert.galvin@wilmerhale.com <br> 950 Page Mill Road <br> Palo Alto, CA 94304 <br> Telephone: 650-858-6000 <br> Facsimile: 650-858-6100 <br><br> Sarah B. Petty (*pro hac vice*) <br> sarah.petty@wilmerhale.com <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: 617-526-6000 <br> Facsimile: 617-526-5000 |

| | |
|---|---|
| 1 | Nora Q.E. Passamaneck (*pro hac vice*) |
| 2 | nora.passamaneck@wilmerhale.com |
|   | 1225 17th Street, Suite 2600 |
| 3 | Denver, CO 80202 |
|   | Telephone: 720-274-3135 |
| 4 | Facsimile: 720-274-3133 |
| 5 | *Counsel for Defendants* |
|   | *Roger Jinteh Arrigo Chen and* |
| 6 | *Genia Technologies, Inc.* |

**JOINT STIPULATION TO MODIFY DEADLINES**  3  **CASE NO. 3:16-CV-07396-EMC**

## ATTORNEY ATTESTATION

I, Stuart C. Plunkett, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of the document has been obtained from each of the other signatories.

April 2, 2018                    By:     */s/ Stuart C. Plunkett*
                                              Stuart C. Plunkett

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2018, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

April 2, 2018                    By:     */s/ Stuart C. Plunkett*
                                              Stuart C. Plunkett

# **[PROPOSED] ORDER**

IT IS SO ORDERED that the foregoing Joint Stipulation is approved.

Pursuant to Federal Rule of Civil Procedure 16, the following modified deadlines are hereby ordered, replacing the previously-ordered dates for these deadlines:

| | |
|---|---|
| DISPOSITIVE MOTIONS: | Last day to be *heard* 11/8/2018 at 1:30p.m. |
| NON-EXPERT DISCOVERY CUT-OFF: | 7/2/2018 |
| EXPERT REPORTS: | Opening reports by 8/16/2018 |
| | Rebuttal Reports by 9/6/2018 |
| EXPERT DISCOVERY CUT-OFF: | 9/27/2018 |
| FURTHER STATUS CONFERENCE: | 5/24/2018 |

Dated: 4/3/2018



Edward M. Chen
United States District Judge