# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROGER JINTEH ARRIGO CHEN, an individual; GENIA TECHNOLOGIES, INC., a Delaware corporation; and DOES 1-25,<br><br>Defendants. | Case No. 3:16-cv-07396-EMC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO JOIN**<br><br>Presiding: Hon. Edward M. Chen<br>Date: June 21, 2018<br>Time: 1:30 PM<br>Courtroom: Courtroom 5, 17th Floor |

Before this Court is Defendants' Motion to Join Oxford Nanopore Technologies, Inc. pursuant to Fed. R. Civ. P. 19(a)(1).  On considering the briefs filed in support and opposition thereto, and all other papers on file herein, Defendants' Motion is hereby GRANTED.

**IT IS SO ORDERED**.

Dated: _____                    _____
                                            Edward M. Chen
                                            United States District Judge