Robert J. Gunther, Jr. (NY SBN: 1967652)
robert.gunther@wilmerhale.com
Christopher R. Noyes (*pro hac vice*)
christopher.noyes@wilmerhale.com
Omar Khan (*pro hac vice*)
omar.khan@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-230-8800
Facsimile: 212-230-8888

Robert M. Galvin (State Bar No. 171508)
robert.galvin@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: 650-858-6000
Facsimile: 650-858-6100

Sarah B. Petty (*pro hac vice*)
sarah.petty@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
Facsimile: 617-526-5000

Nora Q.E. Passamaneck (*pro hac vice*)
nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
1225 17th Street, Suite 2600
Denver, CO 80202
Telephone: 720-274-3135
Facsimile: 720-274-3133

*Counsel for Defendants Roger Jinteh Arrigo
Chen and Genia Technologies, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROGER JINTEH ARRIGO CHEN, an individual; GENIA TECHNOLOGIES, INC., a Delaware corporation; and DOES 1-25,<br><br>Defendants. | Case No. 3:16-cv-07396-EMC<br><br>**DECLARATION OF CHRISTOPHER R. NOYES IN SUPPORT OF DEFENDANTS' MOTION TO JOIN OXFORD NANOPORE TECHNOLOGIES, INC.**<br><br>Presiding: Hon. Edward M. Chen<br>Date: June 21, 2018<br>Time: 1:30 PM<br>Courtroom: Courtroom 5, 17th Floor<br><br>**JURY TRIAL DEMANDED** |

# DECLARATION

I, Christopher R. Noyes, declare as follows:

1. I am an attorney licensed to practice in the State of New York and a partner in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. I represent Defendants Roger Jinteh Arrigo Chen and Genia Technologies, Inc. (collectively, "Defendants"), in the above-captioned matter. I am admitted *pro hac vice* in the Northern District of California in the above-captioned matter pursuant to ECF No. 80.

2. I submit this Declaration in support of Defendants' Motion to Join Oxford Nanopore Technologies, Inc.

3. Attached hereto as Exhibit A is a true and correct copy of UCAL-00005105 – UCAL-00005177, designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by The Regents of the University of California (hereinafter, the "Plaintiff").

4. Attached hereto as Exhibit B is a true and correct copy of UCAL-00116273 – UCAL-00116310, designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Plaintiff.

5. Attached hereto as Exhibit C is a true and correct copy of UCAL-00116270 – UCAL-00116272, designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Plaintiff.

6. Attached hereto as Exhibit D is a true and correct copy of U.S. Patent Application No. 14/302,287.

7. Attached hereto as Exhibit E is a true and correct copy of U.S. Patent Application No. 14/302,303.

8. Attached hereto as Exhibit F is a true and correct copy of an Office Action for U.S. Patent Application No. 14/302,287, retrieved from the Patent Application Information Retrieval portal (http://portal.uspto.gov/pair/PublicPair).

9. Attached hereto as Exhibit G is a true and correct copy of an Office Action for U.S. Patent Application No. 14/302,303, retrieved from the Patent Application Information Retrieval portal (http://portal.uspto.gov/pair/PublicPair).

10. Attached hereto as Exhibit H is a true and correct copy of the Notice of Abandonment for U.S. Patent Application No. 14/302,287, retrieved from the Patent Application Information Retrieval portal (http://portal.uspto.gov/pair/PublicPair).

11. Attached hereto as Exhibit I is a true and correct copy of the Notice of Abandonment for U.S. Patent Application No. 14/302,303, retrieved from the Patent Application Information Retrieval portal (http://portal.uspto.gov/pair/PublicPair).

12. Attached hereto as Exhibit J is a true and correct copy of U.S. Patent Application No. 15/434,574.

13. Attached hereto as Exhibit K is a true and correct copy of U.S. Patent Application No. 15/491,450.

14. Attached hereto as Exhibit L is true and correct copy of U.S. Patent No. 8,461,854.

15. Attached hereto as Exhibit M is a true and correct copy of an email chain including a February 19, 2018 email from Paul R. Morico to Allison Trzop, which discusses documents and information designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Plaintiff.

16. Attached hereto as Exhibit N is a true and correct copy of UCAL-00030429 – UCAL-00030431, designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Plaintiff.

17. Attached hereto as Exhibit O is a true and correct copy of excerpts of Oxford Nanopore Technologies, Inc.'s Responses and Objections to Defendant Genia Technologies, Inc.'s Subpoena.

18. Attached hereto as Exhibit P is a true and correct copy of excerpts of Plaintiff's Responses and Objections to Defendants' First Set of Production Requests.

19. Attached hereto as Exhibit Q is a true and correct copy of ONT_UCSC-GENIA_01940, designated "CONFIDENTIAL" by Oxford Nanopore Technologies, Inc. (hereinafter, "Oxford").

20. Attached hereto as Exhibit R is a true and correct copy of ONT_UCSC-GENIA_01956, designated "CONFIDENTIAL" by Oxford.

I declare under the pains and penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

| | |
|---|---|
| 1   Dated: April 6, 2018. | **WILMER CUTLER PICKERING HALE AND DORR LLP** |

 /s/ *Christopher R. Noyes*
Robert J. Gunther, Jr. (NY SBN: 1967652)
robert.gunther@wilmerhale.com
Christopher R. Noyes (*pro hac vice*)
christopher.noyes@wilmerhale.com
Omar Khan (*pro hac vice*)
omar.khan@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-230-8800
Facsimile: 212-230-8888

Robert M. Galvin (State Bar No. 171508)
robert.galvin@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: 650-858-6000
Facsimile: 650-858-6100

Sarah B. Petty (*pro hac vice*)
sarah.petty@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
Facsimile: 617-526-5000

Nora Q.E. Passamaneck (*pro hac vice*)
nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1225 17th Street, Suite 2600
Denver, CO 80202
Telephone: 720-274-3135
Facsimile: 720-274-3133

*Counsel for Defendants Roger Jinteh Arrigo Chen and Genia Technologies, Inc.*

Case No. 3:16-cv-07396     DECLARATION OF CHRISTOPHER R. NOYES

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 6, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.5. Any other counsel of record will be served by electronic mail, facsimile, and/or overnight delivery.

*/s/ Christopher R. Noyes*
Christopher R. Noyes