# EXHIBIT M

**From:** Paul.Morico@BakerBotts.com
**Sent:** Monday, February 19, 2018 1:56 PM
**To:** Trzop, Allison; liz.flannery@bakerbotts.com
**Cc:** DLUCvChen@BakerBotts.com; WH Genia UCSC
**Subject:** RE: UC v. Genia et al.: correspondence

Counsel,

Liz is out of the office this week, and so I am responding on her behalf regarding this issue.

Regarding the 2 documents you identify, while we do not concede the relevance or discoverability of those documents, we are investigating those documents with our client.

Regarding the remaining redaction in the license agreement, we disagree with your assertion that the privilege objection relating to this redaction was waived. In our written responses and objections to Defendants' requests that appear to cover this agreement (Requests # 25 and 29), we expressly stated that "The University also will not produce documents responsive to this request that are protected from discovery by the attorney-client privilege, attorney work-product doctrine, common-interest privilege, or any other applicable privilege or immunity." Certainly this would have put Defendants on notice that the University may withhold information responsive to these requests on the basis of privilege.

While the parties have not yet agreed to a date for a production of privilege log information, in an attempt to resolve your concerns about this redaction, we provide the following non-limiting basis for redacting this privileged information:



Regards,

Paul

**Paul Morico**
Partner

Baker Botts L.L.P.
Paul.Morico@bakerbotts.com
T +1.713.229.1732
F +1. 713.229.7732
M +1.713.213.1744

910 Louisiana Street
Houston, Texas 77002
USA



**From:** Trzop, Allison [mailto:Allison.Trzop@wilmerhale.com]
**Sent:** Thursday, February 15, 2018 10:48 AM
**To:** Flannery, Liz <liz.flannery@bakerbotts.com>
**Cc:** DL UC v Chen <DLUCvChen@BakerBotts.com>; WH Genia UCSC <WHGeniaUCSC@wilmerhale.com>
**Subject:** RE: UC v. Genia et al.: correspondence

Counsel,

Thank you for your most recent production of a less redacted version of the UC-ONT License Agreement (the "Agreement").  I write to follow up on two points concerning the Agreement.

[REDACTED]

*Second*, pursuant to Federal Rule of Civil Procedure 26(b)(5), [REDACTED]  We disagree that our letter of February 6, 2018, did not address this issue as our letter explained, *inter alia*, that "objections to the production of an unredacted copy of the Agreement have been waived."  We reserve all rights to revisit this issue after you have provided the information we request herein.

Regards,

Allison

**Allison Trzop | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY  10007
+1 212 295 6814 (t)
+1 212 230 8888 (f)
allison.trzop@wilmerhale.com

Please consider the environment before printing this email.

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** liz.flannery@bakerbotts.com [mailto:liz.flannery@bakerbotts.com]
**Sent:** Friday, February 9, 2018 5:03 PM
**To:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Cc:** DLUCvChen@BakerBotts.com; WH Genia UCSC <WHGeniaUCSC@wilmerhale.com>
**Subject:** Re: UC v. Genia et al.: correspondence

Counsel,

We write in response to your letter of February 6, 2018 regarding the UC-ONT License Agreement.  While we do not concede or waive objections to the relevance or admissibility of the license agreement, in an attempt to address your concerns, we are providing a new production of that document that omits the redactions to which you have objected.  The information needed to access that production is below.

We note that there is one remaining redaction of the UC-ONT License Agreement in this production.  As noted in our prior letter of January 12, ████████████████████████████████████████████████████████ and we maintain that that redaction is proper under at least FRCP 26.  Since your letter of February 6 did not address that basis for redaction, we assume that you are not intending to challenge that single remaining redaction at this time.

Website: https://houstonftp.roberthalflegal.com
Username: UCDocumentService
Password: 2YWDyb3z
Filename: 2018-02-09 UCAL VOL006.zip
Zip File password: ReSp*sPAw5-j


**Liz Durham Flannery**

Baker Botts L.L.P.
liz.flannery@bakerbotts.com
T +1.713.229.2104
F +1.713.229.7704

910 Louisiana Street
Houston, Texas 77002
USA






Confidentiality Notice:

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.