Stuart C. Plunkett (State Bar No. 187971)
stuart.plunkett@bakerbotts.com
Ariel D. House (State Bar No. 280477)
ariel.house@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

Paul R. Morico (*pro hac vice*)
paul.morico@bakerbotts.com
Elizabeth D. Flannery (*pro hac vice*)
liz.flannery@bakerbotts.com
BAKER BOTTS LLP
One Shell Plaza
901 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

*Counsel for Plaintiff
The Regents of the University of California*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROGER JINTEH ARRIGO CHEN, an individual; GENIA TECHNOLOGIES, INC., a Delaware corporation; and DOES 1-25,<br><br>Defendants. | Case No. 3:16-cv-07396-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE ITS RESPONSE TO DEFENDANTS' MOTION TO JOIN OXFORD NANOPORE TECHNOLOGIES, INC. PURSUANT TO LOCAL RULE 6-2**<br><br>Judge: Hon. Edward M. Chen |

1    Pursuant to Civil Local Rule 6-2(a), Plaintiff The Regents of the University of California ("Plaintiff") and Defendants Roger Chen and Genia Technologies, Inc. (collectively, "Defendants") (collectively together, the "Parties") hereby stipulate and request as follows:

WHEREAS, on April 6, 2018, Defendants filed their Motion to Join Oxford Nanopore Technologies, Inc. (Doc. 87) ("Defendants' Motion");

WHEREAS, on April 6, 2018, Defendants' Motion was served on counsel for Plaintiff, and counsel for Plaintiff accepted service on behalf of Oxford Nanopore Technologies, Inc.;

WHEREAS, Plaintiff currently has until April 27, 2018 to file its response to Defendants' Motion, any reply must be filed by April 27, 2018, and Defendants' Motion has been set for hearing on June 21, 2018;

WHEREAS, the Parties previously extended the discovery and other case deadlines and agreed to stay all other case activity in this action until May 11, 2018 (Doc. 85) so that they may engage in a fulsome mediation, which has now been scheduled for May 1, 2018; and

WHEREAS, the Parties have met and conferred and agreed there is good cause to extend time for Plaintiff to file its response to Defendants' Motion and any reply to be filed by Defendants, and to continue the hearing date.

IT IS HEREBY STIPULATED AND AGREED that, and the Parties respectfully request that, the time for Plaintiff to file its response to Defendants' Motion shall be extended to and including May 25, 2018; the time for Defendants to file its reply shall be extended to and including June 8, 2018, and Defendants' Motion shall be set for hearing on June 28, 2018.

**SO STIPULATED.**

DATED: April 18, 2018

| **BAKER BOTTS LLP** | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
|---|---|
| **By:** /s/ *Stuart C. Plunkett*<br>Stuart C. Plunkett (SBN 187971)<br>stuart.plunkett@bakerbotts.com<br>Ariel D. House (State Bar No. 280477)<br>ariel.house@bakerbotts.com<br>BAKER BOTTS LLP<br>101 California Street, Suite 3600 | **By:** /s/ *Robert J. Gunther, Jr.*<br>Robert J. Gunther, Jr. (NY SBN: 1967652)<br>robert.gunther@wilmerhale.com<br>Christopher R. Noyes (*pro hac vice*)<br>christopher.noyes@wilmerhale.com<br>Omar Khan (*pro hac vice*)<br>omar.khan@wilmerhale.com<br>WILMER CUTLER PICKERING HALE |

| | |
|---|---|
| San Francisco, California 94111<br>Telephone: (415) 291-6200<br>Facsimile: (415) 291-6300<br><br>Paul R. Morico (*pro hac vice*)<br>paul.morico@bakerbotts.com<br>Elizabeth D. Flannery (*pro hac vice*)<br>liz.flannery@bakerbotts.com<br>BAKER BOTTS LLP<br>One Shell Plaza<br>901 Louisiana Street<br>Houston, Texas 77002<br>Telephone: (713) 229-1234<br>Facsimile: (713) 229-1522<br><br>*Counsel for Plaintiff*<br>*The Regents of the University of California* | AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: 212-230-8800<br>Facsimile: 212-230-8888<br><br>Robert M. Galvin (State Bar No. 171508)<br>robert.galvin@wilmerhale.com<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: 650-858-6000<br>Facsimile: 650-858-6100<br><br>Sarah B. Petty (*pro hac vice*)<br>sarah.petty@wilmerhale.com<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: 617-526-6000<br>Facsimile: 617-526-5000<br><br>Nora Q.E. Passamaneck (*pro hac vice*)<br>nora.passamaneck@wilmerhale.com<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>1225 17th Street, Suite 2600<br>Denver, CO 80202<br>Telephone: 720-274-3135<br>Facsimile: 720-274-3133<br><br>*Counsel for Defendants Roger Jinteh Arrigo Chen and Genia Technologies, Inc.* |

The Court HEREBY ORDERS as follows:

1. The deadline for Plaintiff to file its response to Defendants' Motion shall be extended to and including May 25, 2018, and the deadline for Defendants to file any reply shall be extended to and including June 8, 2018.

2. Defendants' Motion shall be set for hearing on June ~~21~~ 28, 2018.

**IT IS SO ORDERED.** status reset from 5/24/18 to 6/28/18 at 1:30 p.m. Joint Status report shall be filed by 6/21/18.

Dated: 4/18 , 2018.

_____
Honorable Edward Chen
United States D[istrict Judge]

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

## ATTESTATION

I, Stuart C. Plunkett, hereby attest, pursuant to Civil Local Rule 5-1(i)(3) of the Northern District of California, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: April 18, 2018

By: /s/ *Stuart C. Plunkett*
Stuart C. Plunkett (SBN 187971)
stuart.plunkett@bakerbotts.com
BAKER BOTTS L.L.P.
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (415) 291-6204

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Stuart C. Plunkett, hereby certify that the foregoing document shall be served on all parties in this matter via the Court's Case Management and Electronic Case Files System or by other means authorized by the Federal Rules of Civil Procedure, on April 18, 2018.

*/s/ Stuart C. Plunkett*
Stuart C. Plunkett
Counsel for Plaintiff