Stuart C. Plunkett (State Bar No. 187971)
stuart.plunkett@bakerbotts.com
Ariel D. House (State Bar No. 280477)
ariel.house@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3070
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

Paul R. Morico (*pro hac vice*)
paul.morico@bakerbotts.com
Elizabeth D. Flannery (*pro hac vice*)
liz.flannery@bakerbotts.com
BAKER BOTTS LLP
One Shell Plaza
901 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

*Counsel for Plaintiff*
*The Regents of the University of California*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROGER JINTEH ARRIGO CHEN, an individual; GENIA TECHNOLOGIES, INC., a Delaware corporation; and DOES 1-25,<br><br>Defendants. | Case No. 3:16-cv-07396-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO (1) RE-SET STATUS CONFERENCE AND (2) EXTEND DEADLINES IN CONNECTION WITH (A) DEFENDANTS' MOTION TO JOIN OXFORD NANOPORE TECHNOLOGIES, AND (B) DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** (modified)<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Regents of the University of California's ("Plaintiff") and Defendants Roger Jinteh Arrigo Chen ("Chen") and Genia Technologies, Inc. ("Genia," and, together with Chen, "Defendants") (collectively, Plaintiff and Defendants are referred to as the "Parties"), have met-and-conferred and jointly stipulate and request as follows:

WHEREAS, following a mediation held on May 1, 2018, the Parties have entered into an agreement in principle to settle this case, and the Parties require additional time to finalize a definitive settlement agreement so that the case may be dismissed in its entirety following the execution of that definitive agreement.

WHEREAS, the Court previously entered a stipulated order extending deadlines to allow the parties to finalize the settlement agreement (Doc. 95), and the parties now require additional time.

WHEREAS, the Parties have agreed to suspend further discovery activity and deadlines until July 11, 2018 (including any deadlines for briefing relating to any motions pending before the Court) while the Parties finalize the definitive agreement.

WHEREAS, the Parties are working diligently to finalize the definitive agreement.

WHEREAS, in accordance with their agreed suspension of discovery activity and deadlines, the Parties respectfully request the following modifications of additional deadlines set by the Court:

1. The Court has set a Status Conference in this case for June 21, 2018 (Doc. 95). In order to allow the Parties time to finalize their settlement, the Parties hereby agree and request that the Court re-set this Status Conference for July 19, 2018, as noted in the Proposed Order attached hereto, or for an alternate date in late July 2018 convenient for the Court.

2. In its May 3, 2018 order (Doc. 95), the Court re-set the hearing on Defendants' Motion to Join Oxford Nanopore Technologies, Inc. (Doc. 87) ("Defendants' Motion") to July 26, 2018, and the deadlines for the Parties to file their response and reply in connection with this motion to June 22, 2018 and July 6, 2018, respectively. In order to allow the Parties time to finalize their settlement, the Parties hereby agree

|   |   |
|---|---|
| 1 | and request that, as noted in the Proposed Order attached hereto: the time for Plaintiff |
| 2 | to file its Response to Defendants' Motion be extended to and including July 20, |
| 3 | 2018; the time for Defendants to file their reply in support of Defendants' Motion be |
| 4 | extended to and including August 3, 2018; and the hearing on Defendants' Motion be |
| 5 | re-set for August 23, 2018. |

3. In its April 27, 2018 order (Doc. 94), the Court denied-in-part and granted-in-part Defendants' Administrative Motion to File Documents Under Seal, triggering a 7-day deadline of May 4, 2018 for Defendants to file revised documents pursuant to Local Rule 79-5(f). That deadline was re-set to June 11, 2018. (Doc. 95.) In order to allow the Parties additional time to finalize their settlement, the Parties hereby agree and request that the time for Defendants to file these revised documents pursuant to Local Rule 79-5(f) be extended to and including July 11, 2018, as noted in the Proposed Order attached hereto.

WHEREAS, the Parties have met and conferred and agree that there is good cause for these stipulated modifications, and that this stipulation is not made for purposes of delay, but rather so that the Parties can finalize the settlement of this case, which they are working diligently to do. Thus, the Parties respectfully request that the Court sign the Proposed Order attached hereto.

**SO STIPULATED.**

Dated: June 5, 2018

| **BAKER BOTTS LLP** | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
|---|---|
| **By:** /s/ *Stuart C. Plunkett* | /s/ *Robert J. Gunther, Jr.* |
| Stuart C. Plunkett (SBN 187971) | Robert J. Gunther, Jr. (NY SBN: 1967652) |
| stuart.plunkett@bakerbotts.com | robert.gunther@wilmerhale.com |
| Ariel D. House (SBN 280477) | Omar Khan (*pro hac vice*) |
| ariel.house@bakerbotts.com | omar.khan@wilmerhale.com |
| 101 California Street, Suite 3070 | 7 World Trade Center |
| San Francisco, California 94111 | 250 Greenwich Street |

| | | |
|---|---|---|
| 1 | Telephone: (415) 291-6200 | New York, NY 10007 |
| | Facsimile: (415) 291-6300 | Telephone: (212) 230-8800 |
| 2 | | Facsimile: (212) 230-8888 |
| 3 | Paul R. Morico (*pro hac vice*) | |
| | paul.morico@bakerbotts.com | Robert M. Galvin (State Bar No. 171508) |
| 4 | Elizabeth D. Flannery (*pro hac vice*) | robert.galvin@wilmerhale.com |
| | liz.flannery@bakerbotts.com | 950 Page Mill Road |
| 5 | One Shell Plaza | Palo Alto, CA 94304 |
| | 901 Louisiana Street | Telephone: 650-858-6000 |
| 6 | Houston, Texas 77002 | Facsimile: 650-858-6100 |
| 7 | Telephone: (713) 229-1234 | |
| | Facsimile: (713) 229-1522 | Sarah B. Petty (*pro hac vice*) |
| 8 | | sarah.petty@wilmerhale.com |
| | *Counsel for Plaintiff* | 60 State Street |
| 9 | *The Regents of the University of California* | Boston, MA 02109 |
| 10 | | Telephone: 617-526-6000 |
| | | Facsimile: 617-526-5000 |
| 11 | | Nora Q.E. Passamaneck (*pro hac vice*) |
| 12 | | nora.passamaneck@wilmerhale.com |
| | | 1225 17th Street, Suite 2600 |
| 13 | | Denver, CO 80202 |
| | | Telephone: 720-274-3135 |
| 14 | | Facsimile: 720-274-3133 |
| 15 | | *Counsel for Defendants* |
| | | *Roger Jinteh Arrigo Chen and* |
| 16 | | *Genia Technologies, Inc.* |

**JOINT STIPULATION TO MODIFY DEADLINES**  3  **CASE NO. 3:16-CV-07396-EMC**

## ATTORNEY ATTESTATION

I, Stuart C. Plunkett, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of the document has been obtained from each of the other signatories.

June 5, 2018

By:    */s/ Stuart C. Plunkett*
            Stuart C. Plunkett

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2018, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

By:    */s/ Stuart C. Plunkett*
            Stuart C. Plunkett

| | |
|---|---|
| 1 | **[~~PROPOSED~~] ORDER** |
| 2 | IT IS SO ORDERED that the foregoing Joint Stipulation is approved. |
| 3 | The Court HEREBY ORDERS as follows: |
| 4 | 1.   The Status Conference in this case set for June 21, 2018 is hereby vacated and re- |
| 5 | set for July 19, 2018. at 10:30 a.m. |
| 6 | 2.   The deadline for Plaintiff to file its response to Defendants' Motion to Join |
| 7 | Oxford Nanopore Technologies, Inc. (Doc. 87) shall be extended to and including July 20, 2018, |
| 8 | and the deadline for Defendants to file any reply for that Motion shall be extended to and |
| 9 | including August 3, 2018. |
| 10 | 3.   Defendants' Motion to Join Oxford Nanopore Technologies, Inc. shall be set for |
| 11 | hearing on ~~August 23, 2018.~~  September 6, 2018 at 1:30 p.m. |
| 12 | 4.   The deadline for Defendants to file revised documents pursuant to Local Rule 79- |
| 13 | 5(f) in accordance with the Court's April 27, 2018 order (Doc. 94) shall be extended to and |
| 14 | including July 11, 2018. |

Dated: 6/5/18  _____



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen