1  Stuart C. Plunkett (SBN 187971)
   stuart.plunkett@bakerbotts.com
2  Ariel D. House (State Bar No. 280477)
   ariel.house@bakerbotts.com
3  BAKER BOTTS LLP
   101 California Street, Suite 3600
4  San Francisco, California 94111
5  Telephone: (415) 291-6200
   Facsimile: (415) 291-6300
6
   Paul R. Morico (*pro hac vice*)
7  paul.morico@bakerbotts.com
   Elizabeth D. Flannery (*pro hac vice*)
8  liz.flannery@bakerbotts.com
9  BAKER BOTTS LLP
   One Shell Plaza
10 901 Louisiana Street
   Houston, Texas 77002
11 Telephone: (713) 229-1234
   Facsimile: (713) 229-1522
12
13 *Counsel for Plaintiff*
   *The Regents of the University of California*
14

15                **UNITED STATES DISTRICT COURT**

16                **NORTHERN DISTRICT OF CALIFORNIA**

17

18 | THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation, | Case No. 3:16-cv-07396-EMC |
19 | | |
   | Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
20 | | |
   | v. | **[Fed. R. Civ. P. 41(a)(1)(A)(ii)]** |
21 | | |
22 | ROGER JINTEH ARRIGO CHEN, an individual; GENIA TECHNOLOGIES, INC., a Delaware corporation; and DOES 1-25, | |
23 | | |
   | Defendants. | |
24

25
26
27
28

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff The Regents of the University of California and Defendants Roger Jinteh Arrigo Chen and Genia Technologies, Inc., by and through their respective counsel, hereby submit the following Stipulation for Dismissal with Prejudice.

WHEREAS, the parties have entered into a settlement of this matter;

IT IS HEREBY STIPULATED THAT the above-captioned action, including any and all claims and counterclaims, shall be dismissed with prejudice, with each side bearing its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated:  July 18, 2018

| **BAKER BOTTS LLP** | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
|---|---|
| By: /s/    *Stuart C. Plunkett*<br>Stuart C. Plunkett (SBN 187971)<br>stuart.plunkett@bakerbotts.com<br>Ariel D. House (State Bar No. 280477)<br>ariel.house@bakerbotts.com<br>BAKER BOTTS LLP<br>101 California Street, Suite 3600<br>San Francisco, California 94111<br>Telephone: (415) 291-6200<br>Facsimile: (415) 291-6300<br><br>Paul R. Morico (*pro hac vice*)<br>paul.morico@bakerbotts.com<br>Elizabeth D. Flannery (*pro hac vice*)<br>liz.flannery@bakerbotts.com<br>BAKER BOTTS LLP<br>One Shell Plaza<br>901 Louisiana Street<br>Houston, Texas 77002<br>Telephone: (713) 229-1234<br>Facsimile: (713) 229-1522<br><br>*Counsel for Plaintiff*<br>*The Regents of the University of California* | By: /s/ Robert J. Gunther, Jr.<br>Robert J. Gunther, Jr. (NY SBN: 1967652)<br>robert.gunther@wilmerhale.com<br>Omar Khan (*pro hac vice*)<br>omar.khan@wilmerhale.com<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 230-8800<br>Facsimile: (212) 230-8888<br><br>Robert M. Galvin (State Bar No. 171508)<br>robert.galvin@wilmerhale.com<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: 650-858-6000<br>Facsimile: 650-858-6100<br><br>Sarah B. Petty (*pro hac vice*)<br>sarah.petty@wilmerhale.com<br>60 State Street<br>Boston, MA 02109<br>Telephone: 617-526-6000<br>Facsimile: 617-526-5000 |

Nora Q.E. Passamaneck (*pro hac vice*)
nora.passamaneck@wilmerhale.com
1225 17th Street, Suite 2600
Denver, CO 80202
Telephone: 720-274-3135
Facsimile: 720-274-3133

*Counsel for Defendants
Roger Jinteh Arrigo Chen and Genia
Technologies, Inc*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Honorable Edward M. Chen
United States District Judge